# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00372-CV

**Deborah Kennedy, Appellant**

**v.**

**Home Team Rentals for RC Kids, LLC, Appellee**

### FROM THE COUNTY COURT OF BELL COUNTY
### NO. 24CCV00613, THE HONORABLE PAUL A. MOTZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 3, 2024. On September 10, 2024, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by September 20, 2024 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Rosa Lopez Theofanis, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed for Want of Prosecution

Filed: October 8, 2024